USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 2 6 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENOMMA LAB USA, INC.,

                    Plaintiff,

-against-

VENUS AMERICA CORPORATION, CARLOS CARRUITERO, and PRESTIGE UNIVERSAL MEDIA LLC,

                    Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

A status conference is scheduled for January 7, 2020 at 9:45 am.

Dated: New York, New York
       November 26, 2019

SO ORDERED.

GEORGE B. DANIELS
United States District Judge