UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENOMMA LAB USA, INC.,

                Plaintiff,

-against-

VENUS AMERICA CORPORATION, CARLOS CARRUITERO, and PRESTIGE UNIVERSAL MEDIA LLC,

                Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Smith, Gambrell & Russell, LLP's motion for its attorneys to withdraw as counsel to Defendants Venus America Corporation, Carlos Carruitero, and Prestige Universal Media LLC is GRANTED.

Dated: New York, New York
       January 17, 2020

SO ORDERED.

*[signature]*
GEORGE B. DANIELS
United States District Judge