**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x

GENOMMA LAB USA, INC.,

                        Plaintiff,

          -against-

VENUS AMERICA CORPORATION, CARLOS CARRUITERO, and PRESTIGE UNIVERSAL MEDIA LLC,

                      Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Defendants' date to obtain new counsel and file a notice of appearance is extended to March 5, 2020.

The status conference is adjourned from January 28, 2020 to March 17, 2020 at 9:45 am.

Dated: New York, New York
        January 22, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge