UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
GENOMMA LAB USA, INC.,

                      Plaintiff,

    -against-

VENUS AMERICA CORPORATION, CARLOS
CARRUITERO, and PRESTIGE UNIVERSAL MEDIA
LLC,

                      Defendants.
------------------------------------- x

ORDER

14 Civ. 5831 (GBD) (GWG)

GEORGE B. DANIELS, United States District Judge:

Defendants' request for a further extension of time to obtain new counsel, (ECF No. 330), is GRANTED. Defendants' date to obtain new counsel and file a notice of appearance is extended for the final time to March 17, 2020.

The parties are reminded that a status conference is scheduled for March 17, 2020 at 9:45 am.

Dated: New York, New York
       March 5, 2020

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge