**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENOMMA LAB USA, INC.,

                        Plaintiff,

            v.

VENUS AMERICA CORPORATION, CARLOS
CARRUITERO and PRESTIGE UNIVERSAL
MEDIA LLC,

                        Defendants.



14 **CIVIL** 5831 (GBD) (GWG)

**JUDGMENT**

The Court having held a Jury Trial from November 12, 2019 through November 20, 2019

before the Honorable George B. Daniels, United States District Judge, and the jury having

rendered a verdict for plaintiff in the amount of $16,683,086, and plaintiff having requested

prejudgment interest at the applicable statutory rate from January 21, 2014 through the date of

this Judgment in the amount of $9,329,730, and the Court having determined there is no just

reason for delay in entering final judgment on Plaintiff's claim for breach of contract against

Defendant Venus America Corporation because the only claims remaining are in the nature of

post-judgment proceedings seeking to enforce this judgment against additional defendants,

It is hereby **ORDERED, ADJUDGED AND DECREED:** That Plaintiff GENOMMA

LAB USA, INC. shall have judgment in the total sum of $26,012,816 as against Defendant

VENUS AMERICA CORPORATION.

**DATED:** New York, New York
April 7, 2020

**So Ordered:**     APR 0 7 2020

_George B. Daniel_
U.S.D.J.

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**