**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------- X

GENOMMA LAB USA, INC.,

                  Plaintiff,

-against-                          ORDER

CARLOS CARRUITERO; PRESTIGUE      14 Civ. 5831 (GBD) (GWG)
UNIVERSAL MEDIA LLC,

                  Defendants.

------------------------------------- X

GEORGE B. DANIELS, District Judge:

The above-captioned inactive case is hereby stayed and placed on the suspense docket.

Dated: September 30, 2020
       New York, New York

                                                SO ORDERED.

                                               *George B. Daniels*
                                               GEORGE B. DANIELS
                                               UNITED STATES DISTRICT JUDGE