UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENOMMA LAB USA, INC.,

                Plaintiff,

-against-

CARLOS CARRUITERO and PRESTIGE
UNIVERSAL MEDIA LLC,

                Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD) (GWG)

GEORGE B. DANIELS, District Judge:

    A status conference is scheduled for April 28, 2021 at 9:45 a.m.

Dated: March 9, 2021
       New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE