UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x

GENOMMA LAB USA, INC.,

                Plaintiff,

  -against-

PRESTIGE UNIVERSAL MEDIA, LLC and
CARLOS CARRUITERO,

                Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

    Defendant Carlos Carruitero shall make himself available to be deposed on July 29, 2021 at 10:00 am. If Defendant fails to appear for the deposition, a default judgment shall be entered against him.

Dated: JUL 2 2 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE