UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ x

GENOMMA LAB USA, INC.,

                Plaintiff,

-against-

PRESTIGE UNIVERSAL MEDIA, LLC and
CARLOS CARRUITERO,

                Defendants.

------------------------------------ x

ORDER

14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

    Plaintiff may choose to take the deposition of Carlos Carruitero virtually or live in person in Miami-Dade County, Florida, within the next ten (10) days.

Dated: July 28, 2021
       New York, New York

SO ORDERED.

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE