UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x

GENOMMA LAB USA, INC.,

                Plaintiff,

  -against-

PRESTIGE UNIVERSAL MEDIA, LLC and
CARLOS CARRUITERO,

                Defendants.

------------------------------------ x

ORDER

14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

    The pretrial conference on August 17, 2021 is adjourned to August 18, 2021 at 10:30 a.m.

Dated: August 12, 2021
New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE