**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------ x

GENOMMA LAB USA, INC.,

                      Plaintiff,

    -against-

PRESTIGE UNIVERSAL MEDIA, LLC and
CARLOS CARRUITERO,

                    Defendants.

------------------------------------ x



ORDER

14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

    A bench trial is scheduled for October 18, 2021 at 9:45 a.m.

Dated: August 31, 2021
New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE