

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENOMMA LAB USA, INC.,

                      Plaintiff,

v.

VENUS AMERICA CORPORATION, CARLOS CARRUITERO and PRESTIGE UNIVERSAL MEDIA LLC,

                      Defendants.

14 CIVIL 5831 (GBD) (GWG)

**JUDGMENT**

      The Court having granted the motion of Smith, Gambrell & Russell LLP to withdraw as attorneys for defendant Prestige Universal Media LLC, and defendant Prestige Universal Media LLC having failed to appear by new counsel, and the Court having determined there is no just reason for delay in entering final judgment on Plaintiff's claims against defendant Prestige Universal Media LLC because the only claims remaining are in the nature of post-judgment proceedings against defendant Carlos Carruitero,

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That Plaintiff GENOMMA LAB USA, INC. shall have judgment in the total sum of $26,012,816 as against Defendant PRESTIGE UNIVERSAL MEDIA LLC.

**DATED:** New York, New York
            August 3, 2021

So Ordered:

*George B. Donald*
U.S.D.J.

                              **RUBY J. KRAJICK**
                              **Clerk of Court**

BY:

                              **Deputy Clerk**