**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GENOMMA LAB USA, INC.,

                    Plaintiff,

     -against-

VENUS AMERICA CORPORATION, PRESTIGE
UNIVERSAL MEDIA, LLC and CARLOS
CARRUITERO,

                   Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

                                                               JUDGMENT

                                                     14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

      This Court having held a Bench Trial from October 18, 2021 through October 19, 2021 before the Honorable George B. Daniels, United States District Judge, and this Court having found that Carlos Carruitero is personally liable for Plaintiff's Judgment against Defendant Venus America Corporation, (ECF No. 335), and this Court having further determined that there is no just reason for delay in entering final judgment on Plaintiff's claims against defendant Carlos Carruitero,

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That Plaintiff GENOMMA LAB USA, INC. shall have judgment in the total sum of $26,012,816 as against Defendant CARLOS CARRUITERO.

Dated:  November **10**, 2022
        New York, New York

                                             SO ORDERED.

                                             GEORGE B. DANIELS
                                             United States District Judge