UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x

GENOMMA LAB USA, INC.,

                Plaintiff,

   -against-

VENUS AMERICA CORPORATION, PRESTIGE
UNIVERSAL MEDIA, LLC and CARLOS
CARRUITERO,

                Defendants.

------------------------------------- x

ORDER

14 Civ. 5831 (GBD)

GEORGE B. DANIELS, District Judge:

    The Clerk of Court is respectfully directed to close the above-captioned action.

Dated: November 10, 2022
       New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge