**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENOMMA LAB USA, INC.,

                Plaintiff,

v.

VENUS AMERICA CORPORATION, CARLOS CARRUITERO and PRESTIGE UNIVERSAL MEDIA LLC,

                Defendants.

14 Civ. 5831 (GBD)

[~~PROPOSED~~] ORDER

Upon the application of Plaintiff Genomma Lab USA, Inc., and the Court having found good cause therefor,

It is hereby ORDERED that:

1. The automatic stay under Federal Rule of Civil Procedure 62(a) is dissolved and the judgment against Defendant Carlos Carruitero (ECF No. 398) shall be immediately enforceable; and

2. Plaintiff may immediately obtain a certified copy of said judgment (ECF No. 398) for immediate registration in the Southern District of Florida or any other judicial district in which Plaintiff believes Defendant has property that may be subject to execution.

**DATED:** November ~~21~~ 22, 2022

                                          **SO ORDERED:**

                                          *George B. Daniels*
                                          GEORGE B. DANIELS
                                          UNITED STATES DISTRICT JUDGE